LAURIE TOLEDO *v.* WATERFORD HOTEL
GROUP, INC., ET AL.
(14217)

O'Connell, Lavery and Schaller, Js.

Argued January 23—decision released March 5, 1996

*Raymond T. Trebisacci*, for the appellant (plaintiff).

*Greg Shettle*, for the appellee (named defendant).

*Cynthia J. Coccomo*, for the appellee (defendant Wellington Associates).

PER CURIAM. The judgment is affirmed.